UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :         Chapter 13
                                                    :
    Mary Rivers                                    :
                                                    :
        Debtor                                  :         Bankruptcy No. 13-19192 JKF

## ORDER

And Now, this 21st day of July, 2016, upon consideration of the Motion to Approve Loan modification, and any responses thereto, and a hearing held thereon, it is hereby

ORDERED, that the Motion is approved, and debtor is authorized to enter into the loan modification agreement, provided that debtor files, within fourteen days of the date this Order is entered, appropriate documents reflecting the modification, including without limitation, amended Schedules I and J, and a motion to modify the confirmed Chapter 13 plan, with a proposed modified plan attached as an exhibit. Debtor must also ensure that the mortgagee files an amended proof of claim reflecting the change in arrearage, if any, as a result of the loan modification.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE