United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-19192-jkf
Mary Rivers                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1           Date Rcvd: Jul 22, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db              +Mary Rivers,   5878 Magdalena Street,   Philadelphia, PA 19128-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE    MILLER    on behalf of Debtor Mary  Rivers info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              KARINA    VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Mary Rivers | : | |
| | : | |
| Debtor | : | Bankruptcy No. 13-19192 JKF |

### ORDER

And Now, this 21st day of July, 2016, upon consideration of the Motion to Approve Loan modification, and any responses thereto, and a hearing held thereon, it is hereby

ORDERED, that the Motion is approved, and debtor is authorized to enter into the loan modification agreement, provided that debtor files, within fourteen days of the date this Order is entered, appropriate documents reflecting the modification, including without limitation, amended Schedules I and J, and a motion to modify the confirmed Chapter 13 plan, with a proposed modified plan attached as an exhibit. Debtor must also ensure that the mortgagee files an amended proof of claim reflecting the change in arrearage, if any, as a result of the loan modification.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE