## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mary Rivers                          CHAPTER 13
     Debtor(s)

                                                   BKY. NO. 13-19192 JKF


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9617


                                         Respectfully submitted,

                                         **/s/Thomas Puleo, Esquire**
                                         Thomas Puleo, Esquire
                                         Brian C. Nicholas, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406