IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Mary Rivers,                             : CHAPTER 13

    Debtor,                                    : CASE N0. 13-19192

## ORDER DENYING SUPPLEMENTAL FEE APPLICATION

**AND NOW**, this 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses ("Supplemental Application") submitted by Law Offices of Georgette Miller, Esq, P.C, seeking $950.00 for legal services "related to a Motion for Relief," see Supplemental Application ¶ 5;

**AND** Applicant's Disclosure of Compensation of Attorney for Debtor specifically stating that Applicant's flat fee includes legal services for "relief from stay actions," see Disclosure of Compensation of Attorney for Debtor ¶ 6(d);

It is hereby **ORDERED** and **DECREED** that the Supplemental Application is **DENIED**.[1]

                    BY THE COURT:

                    _____
                    Bankruptcy Judge

Copies to:

William C. Miller, Chapter 13
Trustee 1234 Market Street, Suite
18-341
Philadelphia, PA 19107

---

[1] The Supplemental Fee Application refers to parking in paragraph 5(d). Should Applicant seek to be reimbursed for its parking fee, then it will have to file another application specifically listing the amount of the parking fee.

George Conway
Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Mary Rivers
5878 Magdalena Street
Philadelphia, PA 19128