**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| MARY RIVERS, | : | |
| | : | |
| Debtor. | : | Case No. 13-19192 (JKF) |

**ORDER SCHEDULING HEARING**
**ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**

This 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by the Law Offices of Georgette Miller ("Applicant");[1]

**AND** the Supplemental Application indicating that Debtor's annualized current monthly income is below median;

**AND** the Supplemental Application acknowledging that, on January 7, 2016, the Court awarded counsel fees of $3,100.00 and costs of $600.00;

**AND** the Supplemental Application requesting additional attorney's fees in the amount of $2,500.00;

**AND** the Application containing lumped time entries such as the following:

> Telephone call with lender: 1/8/16; 1/22/16; 1/25/16; 2/5/16; 2/17/16; 2/29/16; 4/5/16; 4/20/16; 4/21/16; 5/2/16; 5/5/16. (4 hr. 12 min.)

Application ¶ 6(c);

---

[1] In the future, a copy of Applicant's disclosure of compensation form should be attached to all of Applicant's fee applications. For reference, please see the Local Bankruptcy Forms 2016-2A, 2016-2B and 2016-2C.

**AND** requests for counsel fees over the no-look amount requiring the submission of itemized time entries;[2]

It is hereby **ORDERED** that:

(1) A hearing shall be held on the Supplemental Application for Compensation and Reimbursement of Expenses on **Wednesday, March 29, 2017, at 10:30 a.m.**, in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building and Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania;

(2) In the event that Applicant files an Exhibit to its Supplemental Fee Application, see L.B.F. 2016-2C ¶ 10, with itemized rather than lumped time entries and the entries are satisfactory,[3] the hearing shall be cancelled.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

---

[2] Generally, time records with itemized entries are attached as an exhibit to the fee application. See L.B.R. 2016-2C ¶ 10. Notably, the time records should indicate who performed each service listed on the time record or invoice and also the billable hourly rate for each professional who provided a service listed on the record/invoice. See L.B.F. 2016-2C ¶ 7.

[3] When an attorney travels to court on a given day to meet with the Chapter 13 Trustee (e.g., to provide proof of payment to the Trustee so he will withdraw a motion to dismiss) and/or attend hearings and, during that time, represents two or more clients, the attorney's time should be appropriately divided among the clients and not recorded or invoiced, in full, to each of the clients. Similarly, the attorney is obviously only paying one parking fee.