United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-19192-jkf
Mary Rivers                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1              Date Rcvd: Feb 16, 2017
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
db        +Mary Rivers,   5878 Magdalena Street,   Philadelphia, PA 19128-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     GEORGETTE  MILLER   on behalf of Debtor Mary  Rivers info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
     KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services amps@manleydeas.com
     THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Mary Rivers,                                : CHAPTER 13

    Debtor,                                       : CASE N0. 13-19192

### ORDER DENYING SUPPLEMENTAL FEE APPLICATION

**AND NOW**, this 16th day of February, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses ("Supplemental Application") submitted by Law Offices of Georgette Miller, Esq, P.C, seeking $950.00 for legal services "related to a Motion for Relief," see Supplemental Application ¶ 5;

**AND** Applicant's Disclosure of Compensation of Attorney for Debtor specifically stating that Applicant's flat fee includes legal services for "relief from stay actions," see Disclosure of Compensation of Attorney for Debtor ¶ 6(d);

It is hereby **ORDERED** and **DECREED** that the Supplemental Application is **DENIED**.[1]

BY THE COURT:

_____
Bankruptcy Judge

Copies to:

William C. Miller, Chapter 13
Trustee 1234 Market Street, Suite
18-341
Philadelphia, PA 19107

---

[1] The Supplemental Fee Application refers to parking in paragraph 5(d). Should Applicant seek to be reimbursed for its parking fee, then it will have to file another application specifically listing the amount of the parking fee.

1

George Conway
Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Mary Rivers
5878 Magdalena Street
Philadelphia, PA 19128

2