IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Mary Rivers | : | CHAPTER 13 |
| Debtor, | : | CASE NO.  13-19192 |

## ORDER

Upon consideration of Applicant's Motion to Reconsider Order dated February 16, 2017, and the Attorney-Client Fee Agreement between Mary Rivers and the Law Offices of Georgette Miller, Esq., which Applicant submitted for the Court's review, it is hereby **ORDERED** that Applicant's Motion is granted and that the request for $950 for services expended in connection with the motion for relief which MidFirst Bank filed against the Debtor, is hereby approved.

Date:  March 22, 2017

_____

Bankruptcy Judge

{00263131;v1}