IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Mary Rivers                                        : CHAPTER 13
                                                          :
        Debtor,                                            : CASE NO. 13-19192


## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on March 28, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: April 17, 2017                          /s/ Georgette Miller
                                               Georgette Miller

                                               Law Offices of Georgette Miller
                                               Esq., P.C
                                               335 Evesham Avenue
                                               Lawnside, NJ 08045
                                               856-323-1100
                                               Bar I.D. 86358
                                               Attorney for Debtor

{00236923;v1}