IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Mary Rivers                                : CHAPTER 13
                                                   :
        Debtor,                                    : CASE NO. 13-19192

## ORDER APPROVING COUNSEL FEE

AND NOW, this __21st__ day of __September__, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses submitted by Law Offices of Georgette Miller, Esq, P.C, counsel for Debtor, it is hereby ORDERED that additional counsel fees in and costs the amount of $2,500.00 are approved ~~as fair and reasonable and necessary counsel fees in connection with this case and meet the requirements of Bankruptcy Rule 2016 and Section 329 of Title 11 United States Code. This amount is in addition to the amount already approved by Order of this Court.~~ and may be paid in accordance with the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Bankruptcy Judge
Jean K. FitzSimon

William C. Miller, Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Mary Rivers
5878 Magdalena Street
Philadelphia, PA 19128

{00236923;v1}