United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19192-amc
Mary Rivers                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 3              Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
```
db             +Mary Rivers,    5878 Magdalena Street,    Philadelphia, PA 19128-1708
cr              Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA  50306-0438
13173373       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13221631       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13173374       +Aes/Freedom Credit Uni,    Po Box 2461,    Harrisburg, PA 17105-2461
13173375       +Amazon Credit Card,    Attn: Bankruptcy Dept.,    1516 2nd Ave,    Seattle, WA 98101-1543
13301088       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13173376      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,      Po Box 982235,    El Paso, TX 79998)
13173377       +Bedfrd/Soa,    450 Winks Lane Instant Credit Dept,     Bensalem, PA 19020-5932
13173378       +Best Buy,    P.O.Box 9312,    Minneapolis, MN 55440-9312
13173384       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13173385       +Chase - Cc,    P.O. Box 15298,    Wilmington, DE 19850-5298
13173386       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13173389      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     P.O. Box 78626,    Phoenix, AZ 85062)
13425239        ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13173391       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173401       +Home Furnishings,    5324 Virginia Beach Blvd,    Virginia Beach, VA 23462-1828
13173402       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13173403       +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
13221252       +MIDFIRST BANK,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13173405       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13272738       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13173406       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13210486       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13205039       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA, PA 19122-2898,     ATTN: BANKRUPTCY UNIT
13173408       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
13173409       +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173410       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13173411       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13173412        Security Networks,    Po box 165923,    Miami, FL 33116-5923
13173413       +Stpc/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173414       +Talbots,    175 Beal St,    Hingham, MA 02043-1512
13173415       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13173416       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173418       +Washgtn Furn,    3250 Front Street,    Philadelphia, PA 19140-5806
13173419      #+Well Fargo Finanical,    P.O. Box 660041,    Dallas, TX 75266-0041
13173420        Wells Fargo,    Credit Bureau Disp Po Box 14517,    Des Moines, IA 50306
13223749       +Wells Fargo Bank NA,    PO Box 14487,    Des Moines, IA 50306-3487
13241236        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13173421       +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697
13173422       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
13173423       +Zale/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:07      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:48      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13173380        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 03:10:49      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13173381       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 03:10:37      Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13173382       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 03:10:51      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13173383       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 03:10:37      Cap1/Bstby,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13173387       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 03:02:34      Comenity Bank/Chadwcks,
                 Po Box 182789,    Columbus, OH 43218-2789
13173388       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 03:02:34      Comenity Capital/Hsn,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
13173390       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 03:02:34      Fashion Bug,
                 Po Box 84073,    Columbus, GA 31908-4073
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 3            Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW           Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13300275         E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:11:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13173392        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:47      Gecrb/Amazon,    Po Box 981400,
                 El Paso, TX 79998-1400
13173393        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:11:00      Gecrb/Hh Gregg,    Po Box 981439,
                 El Paso, TX 79998-1439
13173395        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:48      Gecrb/Jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
13173394         E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:11:02      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13173396        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:47      Gecrb/Lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13173397        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:11:00      Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13173398        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:36      Gecrb/Pep Boys,    Po Box 981439,
                 El Paso, TX 79998-1439
13173399        +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:36      Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13173400        +E-mail/Text: bfinnall@hillcrestdavidson.com Apr 18 2019 03:02:33       Hillcrest Davidson & A,
                 850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13173404        +E-mail/Text: bncnotices@becket-lee.com Apr 18 2019 03:02:28     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13217941         E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 03:02:36
                 Quantum3 Group LLC as agent for,     MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13188857         E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2019 03:10:39
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13173417        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 18 2019 03:02:22
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13173379*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13173407        ##+Nationwide Credit Inc,    2002 Summit Blvd Ste 600,    Atlanta, GA 30319-1559
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: DonnaR              Page 3 of 3            Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW           Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        GEORGETTE MILLER    on behalf of Debtor Mary Rivers info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com

        KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services amps@manleydeas.com

        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Rivers
        Debtor(s)                                  Bankruptcy No: 13−19192−amc
                                                       Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                            Timothy B. McGrath
                                                             Clerk of Court

Dated: 4/17/19

                                                                                             119 – 118
                                                                                         Form 138_new